IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2147 |
| | : |
| BEAL BANK USA, MR. DAVID CORTEZ | : |

## ORDER

AND NOW, this 4th day of October 2023, upon considering Defendants' Motion to dismiss (ECF No. 33) Plaintiff's amended Complaint (ECF No. 32), Plaintiff's Opposition (ECF No. 35), having previously dismissed most of these claims for failure to state a claim with leave to amend (ECF No. 28), now finding Plaintiff cannot state a claim for racial discrimination in denying his application to open a statement savings account, and for reasons in today's accompanying memorandum, it is **ORDERED**:

1. Defendants' Motion to dismiss (ECF No. 33) is **GRANTED**;

2. We **dismiss** Plaintiff's federal claims with prejudice;

3. We **dismiss** Plaintiff's state law claims without prejudice to be timely refiled in state court if plausible; and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.